# United States District Court
# Western District of North Carolina
# Division

| | | |
|---|---|---|
| Scott R. Reich , | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner | ) | 1:13-cv-00221 |
| | ) | |
| vs. | ) | |
| | ) | |
| State of North Carolina , | ) | |
| | ) | |
| Respondent | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 16, 2014 Order.

January 16, 2014

Frank G. Johns, Clerk
United States District Court